FILED

2017 JAN 12 PM 12: 21

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO Division

CIVIL RIGHTS COMPLAINT FORM

KING, JAMES A. BLOW III CASE NUMBER: ____________
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

TREASURE COAST FORENSIC TREATMENT CENTER
GEORGE GINTOLI

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: 96 ALLAPATTAH ROAD
(Indicate the name and location)
INDIANTOWN, FLA 34956

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): NONE

Defendant(s): NONE

2. Court (if federal court, name the district; if state court, name the county):
NONE

3. Docket Number: NONE

4. Name of judge: NONE

5. Briefly describe the facts and basis of the lawsuit: NONE
NONE
NONE

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
NONE

7. Approximate filing date: NONE

8. Approximate disposition date: NONE

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: NONE

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: KING, JAMES A. BLOW III

Mailing address: 96 ALLAPATTAH Road INDIANTOWN, FLA 34956

B. Additional Plaintiffs: NONE

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: TREASURE COAST FORENSIC TREATMENT CENTER

Mailing Address: 96 ALLAPATTAH Road INDIANTOWN, FLA 34956,

Position: SELF BUSSINESS BY STATE

Employed at: BY STATE OF FLORIDA. Treatment CENTER,

D. Defendant: GEORGE GINTOLI

Mailing Address: 96 ALLAPATTAH Road INDIANTOWN, FLA 34956

Position: DIRECTOR

Employed at: TREASURE COAST FORENSIC TREATMENT CENTER

E. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

F. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

G. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

THE RESIDENT KING JAMES ANTHONY BLOW IS BEING DEPRIVE OF HIS DUE PROCESS RIGHT'S AND HIS PEOPLE RIGHT'S AS WELL,

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON NOVEMBER 16, 2016 THE RESIDENT KING, JAMES A. BLOW III ARRIVED AT TREASURE COAST FORENSIC TREATMENT CENTER. SINCE THAT DAY THE RESIDENT HAS BEEN GIVEN MEDICATION THAT MAKE'S HIM SPIT UP BLOOD, THE RESIDENT KING JAMES ANTHONY BLOW IS BEING FORCE

TO TAKE PHYCHOTHROPHIC MEDICATION, WHEN IN FACT THE PLAINTIFF DOES NOT NEED IT. THE PLAINTIFF HAS BEEN SEXUALLY HARRASSED BY STAFF AND HAS BEEN PUT THROUGH SITUATION'S THAT HAS BEEN A VERY DEVESTONIAL BLOW TO HIS EMOTIONAL STATE OF MIND.

TREASURE COAST HAS DONE NOTHING TO HELP THE PLAINTIFF AND HE IS ASKING THAT THE U.S. DISTRICT COURT STEP IN AND STOP THIS TREATMENT CENTER FROM WASTING TAX PAYER'S MONEY.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

TO BE RELIEVED FROM TREASURE COAST

FORENSIC TREATMENT CENTER AND SENT BACK TO THE COUNTY JAIL OR EITHER ANOTHER STATE HOSPITAL FOR EVALUATION,

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 10TH day of JANUARY, 2017.

King James A. Brown III

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 10TH day of JANUARY, 2017.